Chester Rothstein (CR 1417)
Neil M. Zipkin (NZ 4718)
Michael P. Kenney (MK 0740)
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000

Attorneys for Plaintiff
Prime Time Toys, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

PRIME TIME TOYS, LTD,

           Plaintiff

    v.

JAKKS PACIFIC, INC.,

           Defendant.

Civil Action No.: _____
          ECF Case

## RULE 7.1 CORPORATE DISCLOSURE FOR PRIME TIME TOYS, LTD

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for the Plaintiff Prime Time Toys, Ltd., hereby certifies that the following are the corporate parents and publicly held corporations owning ten percent (10%) or more of the stock of PRIME TIME TOYS, LTD: NONE

388776.1

Respectfully submitted,

AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, New York 10016
Telephone No.: (212) 336-8000

Attorneys for Prime Time Toys, Ltd.

Dated: March 19, 2008

By: _____
Neil M. Zipkin (NZ 4718)
Chester Rothstein (CR 1417)
Michael P. Kenney (MK 0740)

388776.1