Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIME TIME TOYS, LTD., | ) |
| Plaintiff, | ) 2008-CV-2909 (NRB/GWG) |
| v. | ) ORDER ON CONSENT |
| JAKKS PACIFIC, INC., | ) ECF CASE |
| Defendant. | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

IT IS HEREBY STIPULATED and consented that the time for the Defendant to appear and to answer or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the day of June 12, 2008.

Plaintiff served the summons and complaint herein on April 22, 2008. The current date for Defendant to respond is May 13, 2008. No prior extensions have been requested or granted herein.

Dated: May 6, 2008

AMSTER, ROTHSTEIN & EBENSTEIN LLP

By: _____
Neil Zipkin (NZ 4718)
Attorneys for Plaintiff
Prime Time Toys, Inc.
90 Park Avenue
New York, New York 10016
Tel: 212-336-8120
Fax: 212-336-8001

FEDER, KASZOVITZ, ISAACSON,
WEBER, SKALA, BASS & RHINE LLP

By: _____
Larry Miller (LM-8323)
Attorneys for Defendant
JAKKS Pacific, Inc.
750 Lexington Avenue
New York, New York 10022
Tel: 212-888-8200
Fax: 212-752-4632

SO ORDERED:

_____
NAOMI REICE BUCHWALD, USDJ  5/7/08