

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRIME TIME TOYS, LTD.,

        Plaintiff,                                     Case No. 08 CV 2909
                                                      (Judge Buchwald)

        -against-                                     AFFIDAVIT OF SERVICE

JAKKS PACIFIC, INC.,

        Defendant.
------------------------------------------------------------X
STATE OF CALIFORNIA    )
        S.S.:
COUNTY OF LOS ANGELES    )

        JOHN J. GONZALEZ, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 22nd day of April, 2008, at approximately the time of 4:00 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD, UNITED STATES DISTRICT JUDGE; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GABRIEL W. GORENSTEIN upon JAKKS PACIFIC, INC. at 22619 Pacific Coast Highway, Malibu, CA, by personally delivering and leaving the same with VERONICA RAMIREZ who informed deponent that she is authorized by appointment to receive service at that address.

        VERONICA RAMIREZ is a tan (Hispanic) female, in her 20's, stands approximately 5 feet 4 inches tall, weighs approximately 140 pounds with black hair and brown eyes.

_____
PROCESS SERVER

Sworn to before me this
2nd day of May, 2008

_____
NOTARY PUBLIC



D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com