Buchwald, J

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PRIME TIME TOYS, LTD.,                          )
                                                )
                     Plaintiff,                 )    2008-CV-2909 (NRB/GWG)
                                                )
        v.                                      )    ORDER ON CONSENT
                                                )
JAKKS PACIFIC, INC.,                            )    ECF CASE
                                                )
                                                )
                     Defendant.                 )
                                                )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/08

        IT IS HEREBY STIPULATED and consented that the time for the Defendant to appear and to answer or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the day of June 26, 2008, so that the parties can explore settlement of this matter.

        Plaintiff served the summons and complaint herein on April 22, 2008. The current date for Defendant to respond is June 12, 2008. One prior extension was previously granted.

Dated: June 5, 2008

AMSTER, ROTHSTEIN & EBENSTEIN LLP          FEDER, KASZOVITZ, ISAACSON,
                                               WEBER, SKALA, BASS & RHINE LLP

By: _____            By: _____
        Neil Zipkin (NZ 4718)                      Larry Miller (LM-8323)
Attorneys for Plaintiff                    Attorneys for Defendant
Prime Time Toys, Inc.                      JAKKS Pacific, Inc.
90 Park Avenue                             750 Lexington Avenue
New York, New York 10016                   New York, New York 10022
Tel:    212-336-8120                       Tel:    212-888-8200
Fax:    212-336-8001                       Fax:    212-752-4632

SO ORDERED:

June 13, 2008

_____
NAOMI REICE BUCHWALD, USDJ