UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIME TIME TOYS, LTD., )<br>)<br>Plaintiff, )   2008-CV-2909 (NRB/GWG)<br>)<br>v. )   **Rule 7.1 Statement**<br>)<br>JAKKS PACIFIC, INC., )   ECF CASE<br>)<br>)<br>Defendant. ) | |

Pursuant to rule 7.1 of the local rules of the United States District Court for the Southern District of New York and to enable Judges and Magistrate Judges of the Court to evaluate disqualification or recusal, the undersigned counsel for Plaintiff, JAKKS Pacific, Inc., (private non-governmental parties) certifies as follows with respect to corporate parents, affiliates and/or subsidiaries of said parties that are public held: None.

Dated: New York, New York
       June 20, 2008

                            Respectfully submitted,

                            **FEDER, KASZOVITZ, ISAACSON,
                              WEBER, SKALA, BASS & RHINE LLP**
                            Attorneys for Defendant
                            JAKKS Pacific, Inc.

                            By:     /s/
                                Larry Miller (LM-8323)
                            750 Lexington Avenue
                            New York, NY 10022
                            (212) 888-8200