# MEMO ENDORSED

**FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE LLP**
ATTORNEYS AT LAW

INTERNATIONAL PLAZA
750 LEXINGTON AVENUE
NEW YORK, N.Y. 10022-1200

FACSIMILE: (212) 888-7776          TELEPHONE: (212) 888-8200          WRITER'S DIRECT DIAL:
                                                                       (212) 888-1110 EXT.
                                                                       336

August 7, 2008

<u>Via Facsimile: (212-805-7927)</u>

Hon. Naomi R. Buchwald
Judge, U.S. District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 227-
New York, New York 10007-1312

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG - 7 2008
UNITED STATES DISTRICT JUDGE

Re: **Prime Time Toys, Ltd. v. Jakks Pacific, Inc.**
S.D.N.Y., 2008 Civ. 2909 (NRB)

Dear Judge Buchwald:

Pursuant to Your Honor's request, counsel for both parties have agreed upon the following briefing schedule with respect to Defendant's Motion To Dismiss.

Defendant will file its motion on or before August 20, 2008; Plaintiff will file its opposition to the motion on or before September 8, 2008; Defendant will file any reply on or before September 19, 2008.

So Ordered.

Respectfully submitted,

Feder, Kaszovitz, Isaacson, Weber,    8/11/08
Skala, Bass & Rhine LLP

By: _____
        Larry Miller

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

LM:sm

cc: Neil Zipkin, Esq., via e-mail